FILED
U.S. District Court
District of Kansas
02/24/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ROBERT TRAVIS JENKINS,**

    **Plaintiff,**

    v.                                        CASE NO. 26-3013-JWL

**RUSSEL WAYNE HASENBANK,**
**et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff filed this pro se action on January 21, 2026. Plaintiff is incarcerated at the Hutchinson Correctional Facility in Hutchinson, Kansas. The Court issued a Notice of Deficiency (Doc. 2) because Plaintiff's Complaint was not on the Court-approved form and Plaintiff failed to either pay the filing fee or submit a motion for leave to proceed in forma pauperis. The Court granted Plaintiff until February 20, 2026, to cure the deficiencies. On February 4, 2026, the Court entered a Memorandum and Order (Doc. 4) ("M&O") denying Plaintiff's motion (Doc. 3) seeking an "Order of Praecipe." The Court found that based on Plaintiff's motion, it is unclear whether Plaintiff intended to file a civil rights complaint, a petition for writ of habeas corpus, or a K.S.A. § 60-1501 action. The Court granted Plaintiff until February 20, 2026, in which to either: 1) submit his § 1983 Complaint on the Court-approved form and submit the $405 filing fee or a motion for leave to proceed in forma pauperis; or 2) notify the Court that he intended to file a petition for habeas corpus under 28 U.S.C. § 2254 or a state court petition under K.S.A. § 60-1501. Plaintiff has failed to comply by the Court's deadline.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to

comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id*. (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to comply with the Court's M&O by the deadline.

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

**Dated February 24, 2026, in Kansas City, Kansas.**

> **S/ John W. Lungstrum**
> **JOHN W. LUNGSTRUM**
> **UNITED STATES DISTRICT JUDGE**